# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2006

128392 & (32)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TYRONE LEE DOBY,
        Defendant-Appellant.

SC: 128392
COA: 251680
Genesee CC: 03-011297-FH

_____/

AMENDMENT TO ORDER

On order of the Court, the order of December 15, 2005 is amended to correct a clerical error by correcting the second sentence of the text thereof to read:

"We take this opportunity to clarify that, although defendant is not entitled to the new sentencing provisions contained in MCL 333.7401(2)(a)(ii), he is entitled to early parole eligibility under MCL 791.234(11)."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2006

_____
Clerk